## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| WILLIAM HOWARD DOUGLAS, | ) CASE NO. 15-53211-PMB |
| | ) |
| DEBTOR. | ) |

## NOTICE OF HEARING ON CHAPTER 13 TRUSTEE'S MOTION FOR DIRECTION REGARDING DISPOSITION OF UNDISTRIBUTED FUNDS

YOU ARE HEREBY NOTIFIED that the Chapter 13 Trustee in this case has filed a Motion for Direction Regarding Disposition of Undistributed Funds.

All objections must state the grounds therefor and must be filed with the Clerk, United States Bankruptcy Court: Richard B. Russell Building, U.S. Courthouse, 75 Spring Street, SW, Room 1340, Atlanta, GA 30303-3367. A copy must be furnished to the Chapter 13 Trustee: Adam M. Goodman, Suite 200, 260 Peachtree Street, Atlanta, Georgia 30303.

**A hearing will be held on 9/24/2015, at 2:00 pm Richard B. Russell Building, 75 Spring Street S.W., Courtroom 1404, Atlanta, GA 30303**

DATED: 8/19, 2015.

/s/ 
Jason L. Rogers
GA Bar No. 142575
Attorney for Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Ph. 678-510-1444
FAX 678-510-1450

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:                                          )
                                                )
WILLIAM HOWARD DOUGLAS,                         )    CASE NO. 15-53211-PMB
                                                )
                                                )
DEBTOR.                                         )

## CHAPTER 13 TRUSTEE'S MOTION FOR DIRECTION REGARDING DISPOSITION OF UNDISTRIBUTED FUNDS

COMES NOW, Adam M. Goodman, Standing Chapter 13 Trustee, and files this Motion for Direction Regarding Disposition of Undistributed Funds, and shows the Court as follows:

1.

Debtor filed this case under Chapter 13 of Title 11 on 02/20/2015. The Chapter 13 Plan was not confirmed. The instant case was dismissed prior to obtaining confirmation on 8/5/15 (Doc. No. 40). Trustee is in possession of undistributed funds in the amount of $1,460.42 as payments made pursuant to the Chapter 13 Plan prior to dismissal. This figure excludes any amount received after dismissal, if any, which shall be refunded to Debtor. This matter concerns the administration of the estate and is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2.

The terms of the Chapter 13 Plan provide that should the case be dismissed or converted prior to confirmation, Trustee would disburse the funds on hand to Debtor's counsel for fees up to $2700.00. Upon information and belief, the source of funds on hand is from Debtor's income. Trustee would propose to disburse the funds to the following parties:

* $500.42 to Debtor.
* $400.00 to Pacific Union Financial LLC and $560.00 to World Omni Financial Corp. for adequate protection.

3.

United States Bankruptcy Code § 1326(a) provides that the Debtor shall make payments to the Trustee, and subsection (a)(2) directs that the Trustee retain the funds until confirmation or denial of confirmation. If the Plan is not confirmed, the Trustee is to return "any such payments not previously paid and not yet due and owing to creditors pursuant to paragraph (3) to the debtor, after deducting any unpaid claim allowed under section 503(b)." To date, no application has been filed to allow any attorneys fee or other administrative expense pursuant to 11 U.S.C. §§ 503(b) and 330(a).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court approve the proposed disbursement, or provide other direction as to how the funds in his possession should be disbursed, and for other such relief as the Court deems just and proper.

Dated: This the 19 day of August 2015.

/s/
Jason L. Rogers
GA Bar No. 142575
Attorney for Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Ph. 678-510-1444
FAX 678-510-1450

15-53211-PMB

# CERTIFICATE OF SERVICE

This is to certify that I have this day served:

DEBTOR. :

WILLIAM HOWARD DOUGLAS
5030 SUGARLOAF PARKWAY
BLDG 5
LAWRENCEVILLE, GA  30044

DEBTORS' ATTORNEY:

Chronister Law Firm
1805 Herrington Rd
Building 3, Suite B
Lawrenceville, GA  30043

AND ALL CREDITORS ON THE ATTACHED MATRIX

with a copy of the foregoing Notice of Chapter 13 Trustee's Motion of Direction Regarding Disposition of Undistributed Funds by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

DATED: August 19, 2015

/s/
Jason L. Rogers
GA Bar No. 142575
Attorney for Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Ph. 678-510-1444
FAX 678-510-1450

Label Matrix for local noticing
113E-1
Case 15-53211-pmb
Northern District of Georgia
Atlanta
Wed Aug 12 12:00:06 EDT 2015

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BestBuy/CBNA
701 East 60th Street
Sioux Falls, SD 57104-0432

Capital 1 Bank
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130-0285

Curtis Lee Chronister Jr.
Chronister Law Firm
Suite 3B
1805 Herrington Road
Lawrenceville, GA 30043-7987

Collection Svc Of Athe
Attn: Bankruptcy Dept
PO Box 8048
Athens, GA 30603-8048

William Howard Douglas
5030 Sugarloaf Parkway
Bldg 5
First Floor
Lawrenceville, GA 30044-2869

Fed Loan Serv
PO Box 60610
Harrisburg, PA 17106-0610

Fed Loan Serv
PO Box 69184
Harrisburg, PA 17106-9184

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

GEMB/Walmart
Attn: Bankruptcy Dept
PO Box 103104
Roswell, GA 30076-9104

Adam M. Goodman
Adam M. Goodman, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303-1236

Travis E. Menk
Brock & Scott, PLLC
5121 Parkway Plaza Blvd.
Charlotte, NC 28217-1965

Merrick Bank
Attn: Bankruptcy
P.O. Box 9201
Old Bethpage, NY 11804-9001

Merrick Bank
c/o Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Midland Funding
8875 Aero Dr
Ste 200
San Diego, CA 92123-2255

Northwood Collections
3439 East Ave S
La Crosse, WI 54601-7241

PREMIERE CREDIT OF NORTH AMERICA
FOR ASSOCIATED PATHOLOGISTS
PO BOX 24850
NASHVILLE, TN 37202-4850

Pacific Union Financial
1603 LBJ Freeway
Suite 500
Farmers Branch, TX 75234-6071

Pacific Union Financial, LLC
1603 LBJ Freeway
Suite 500
Dallas, TX 75234-6071

Payment America
PO Box 24850
Nashville, TN 37202-4850

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Rubin Lublin, LLC
3740 Davinci Court
Suite 150
Peachtree Corners, GA 30092-7614

U.S. Department of Education
C/O FedLoan Servicing
P.O. Box 69184
Harrisburg PA 17106-9184

Web Bank/Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

World Omni Financial
P.O. Box 991817
Mobile, AL 36691-8817

World Omni Financial Corp.,
c/o Weltman, Weinberg & Reis
323 W Lakeside Avenue
Cleveland OH 44113-1085

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
PO Box 982235
El Paso, TX 79998

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Adam M. Goodman
Adam M. Goodman, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303-1236

(d)Midland Funding
8875 Aero Dr
Suite 200
San Diego, CA 92123-2255

(u)Pacific Union Financial, LLC

End of Label Matrix
Mailable recipients    26
Bypassed recipients     3
Total                  29